MICHAEL J. NADER SBN Bar No. 200425
michael.nader@ogletreedeakins.com
RABIA Z. REED SBN Bar No. 317288
rabia.reed@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone: 916-840-3150 Fax: 916-840-3159

Attorneys for Defendant
BOOZ-ALLEN HAMILTON, INC.

PETER F. SAMUEL, SBN 072503
pfsamuel@samuellaw.com
SAMUEL AND SAMUEL
5050 Sunrise Blvd, Suite C-1
Fair Oaks, CA 95628
Telephone: 916-966-4722  Fax: 916-962-2219

GAURAV BOBBY KALRA, SBN 219483
bobby@gbkattorney.com
Gaurav Bobby Kalra, Attorney At Law
177 East Colorado Blvd, Suite 200
Pasadena, CA 91105
Telephone: 213-435-3469  Fax: 213-559-8386

Attorney for Plaintiffs
DYLAN RICKABY, ANDREW RAY MANYON, JOHN MICHAEL KOELLER, PATRICK RYAN SEXSON, FRANCISCO GARCIA, AUSTIN MITCHELL, AND JERRALIE RENAE ORWIG

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DYLAN RICKABY, ANDREW RAY MANYON, JOHN MICHAEL KOELLER, PATRICK RYAN SEXSON, FRANCISCO GARCIA, AUSTIN MITCHELL, and JERRALIE RENAE ORWIG<br><br>            Plaintiff,<br><br>     v.<br><br>BOOZ ALLEN HAMILTON, INC., a foreign corporation,<br><br>            Defendant. | Case No. 2:20-cv-02190-WBS-CKD<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:         March 1, 2021<br>Time:        1:30 pm<br>Dept.         5<br><br><br>Complaint Filed:  October 31, 2020<br>Judge:      Hon. William B. Shubb |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Dylan Rickaby, Andrew Ray Manyon, John Michael Koeller, Patrick Ryan Sexson, Francisco Garcia, Austin Mitchell, and Jerralie Renae Orwig ("Plaintiffs") and Defendant Booz Allen Hamilton, Inc., ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS, on October 31, 2021, Plaintiffs filed a Complaint for damages in this Court alleging a class action against Defendant with the following causes of action (1) Pre-Employment Fraud; (2) Violation of Labor Code Section 970; (3) Failure to Pay Overtime Compensation; (4) Failure to Furnish Accurate Wage Statements; (5) Unfair Competition; (6) Recission of Contract; (7) Failure to Allow Rest Periods; (8) Failure to Allow Meal Periods; and (9) Waiting Time Penalties (the "Complaint");

WHEREAS, on December 29, 2020, counsel for Defendant contacted Plaintiffs' counsel to arrange acceptance and service of the Complaint and to meet and confer regarding deficiencies in Plaintiffs' pleadings in an effort to avoid motion practice related to the same;

WHEREAS, on December 29, 2020, counsel for Plaintiffs' represented that they would be filing a First Amended Complaint with this court, but it was not filed;

WHEREAS, on February 4, 2021, counsel for Plaintiffs served the Complaint upon Defendant, without amendment;

WHEREAS, the Parties have met and conferred and agree to continue the initial deadlines until after Plaintiffs' counsel files a First Amended Complaint;

WHEREAS, the Parties further agree that that they cannot currently anticipate when discovery in this action could begin in earnest, and as such that scheduling discovery deadlines, setting a deadline for class certification, setting trial or settlement conferences would be premature at this time; and,

WHEREAS, the Parties agree that it would serve the interests of judicial efficiency to continue the Parties' Joint Status Report deadline by at least 60 days.

NOW, THEREFORE, the Parties hereby stipulate and request that the Court:

1. The Court continue the Parties' Joint Status Report deadline by 60 days from February 12, 2021, to April 13, 2021, or whichever date is most convenient for this Court.

**IT IS SO STIPULATED.**

Dated:  February 16, 2021         Respectfully submitted,

                                            SAMUEL AND SAMUEL

                              By:  _____
                                 Peter F. Samuel
                                 Attorneys for Plaintiffs
                                 Dylan Rickaby, Andrew Ray Manyon, John Michael Koeller, Patrick Ryan Sexson, Francisco Garcia, Austin Mitchell, and Jerralie Renae Orwig
                                 Dylan Rickaby, Andrew Ray Manyon, John Michael Koeller, Patrick Ryan Sexson, Francisco Garcia, Austin Mitchell, and Jerralie Renae Orwig

Dated:  February 16, 2021         OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

                              By:  _____
                                 Michael J. Nader
                                 Rabia Z. Reed

                                 Attorneys for Defendant
                                 BOOZ ALLEN HAMILTON, INC

# ORDER

The Court, having read and considered the Parties' Joint Stipulation filed on February 12, 2020, orders the following:

1. The Court continue the Parties' Joint Status Report deadline from February 12, 2021, to **April 26, 2021**. The Scheduling Conference is reset for **May 10, 2021 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:  February 16, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

46008056.2