PETER F. SAMUEL, BAR NO. 072503
SAMUEL AND SAMUEL
5050 Sunrise Boulevard, Suite C-1
Fair Oaks, California 95628
T: (916) 966-4722
F: (916) 962-2219
E: pfsamuel@samuellaw.com

GAURAV BOBBY KALRA, BAR NO. 219483
Gaurav Bobby Kalra, Attorney at Law
www.gbkattorney.com
177 East Colorado Boulevard, Suite 200
Pasadena, California 91105
T: (213) 435-3469
F: (213) 559-8386
E: bobby@gbkattorney.com

Attorneys for Plaintiffs
DYLAN RICKABY, et al.

MICHAEL J. NADER SBN 200425
michael.nader@ogletree.com
RABIA Z. REED SBN 317288
rabia.reed@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:     916-840-3159

Attorneys for Defendant
BOOZ ALLEN HAMILTON, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DYLAN RICKABY, ANDREW RAY MANYON, JOHN MICHAEL KOELLER, PATRICK RYAN SEXSON, FRANCISCO GARCIA, AUSTIN MITCHELL, and JERRALIE RENAE ORWIG<br><br>          Plaintiff,<br><br>     v.<br><br>BOOZ ALLEN HAMILTON, INC., a foreign corporation,<br><br>          Defendant. | Case No. 2:20-cv-02190-WBS-CKD<br><br>**JOINT STIPULATION TO MOVE DEADLINE TO SUBMIT INITIAL DISCLOSURES** |

Pursuant to Federal Local Rules 143 and 144, and Federal Rules of Civil Procedure 6 and 26, Plaintiffs Dylan Rickaby, Andrew Ray Manyon, John Michael Koeller, Patrick Ryan Sexson, Francisco Garcia, Austin Mitchell and Jerralie Renae Orwig ("Plaintiffs") and defendant Booz Allen Hamilton, Inc. ("Defendant") (collectively, "the Parties") HEREBY JOINTLY STIPULATE AS FOLLOWS:

WHEREAS the Parties have engaged in regular meet and confer efforts regarding Plaintiffs' pleadings and the status of this matter;

WHEREAS FRCP Rule 26(a)(1)(C) provides that parties must make initial disclosures at or within 14 days after the Parties' Rule 26(f) conference, unless a different time is set by stipulation or court order;

WHEREAS the Parties have not yet requested any extensions of time for any matters in this action;

WHEREAS, Plaintiffs and Defendant have agreed to proceed with early mediation of the action with the Hon. Alan G. Perkins (Ret.) on May 20, 2021.  The Parties thus jointly request the Court to stay all proceedings in this action until at least thirty (30) days after the mediation date so that the parties are able to devote their resources to a successful mediation.;

WHEREAS, pursuant to the Parties' request, they have stipulated to make initial disclosures within 30 days after the date of mediation of this matter.

IT IS SO STIPULATED.

DATED:  April 13, 2021

By:  */s/* Peter F. Samuel  
 Peter F. Samuel  
 Gaurav Bobby Kalra  
 Attorneys for Plaintiffs  
 DYLAN RICKABY ET AL.

| | |
|---|---|
| DATED:  April 8, 2021 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By: */s/ Michael J. Nader*<br>     Michael J. Nader<br>     Rabia Z. Reed<br>     Attorneys for Plaintiffs<br>     BOOZ-ALLEN HAMILTON, INC. |

**ORDER**

The Court being fully advised and good and sufficient cause appearing therefore, the Court will stay all proceedings in this action, including all calendar dates and the requirement of the Parties to make initial disclosures, until at least 30 days following the Parties' private mediation on May 20, 2021.

**IT IS HEREBY ORDERED**:

1. The time by which the parties must make Initial Disclosures is extended up to 30 days after the date of the Parties agreed upon mediation.
2. The Parties are required to report to the Court within five (5) court days following the mediation date on whether the Parties have entered into a memorandum of agreement to settle the action.

**IT IS SO ORDERED.**

Dated:  April 14, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

46710577.2