| | |
|---|---|
| 1 | MICHAEL J. NADER CA Bar No. 200425 |
| | michael.nader@ogletreedeakins.com |
| 2 | RABIA Z. REED CA Bar No. 317288 |
| | rabia.reed@ogletreedeakins.com |
| 3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 4 | 500 Capitol Mall, Suite 2500 |
| | Sacramento, CA 95814 |
| 5 | Telephone: 916-840-3150 Fax: 916-840-3159 |
| 6 | Attorneys for Defendant |
| | BOOZ-ALLEN HAMILTON, INC. |
| 7 | |
| | PETER F. SAMUEL, SBN 072503 |
| 8 | pfsamuel@samuellaw.com |
| | SAMUEL AND SAMUEL |
| 9 | 5050 Sunrise Blvd, Suite C-1 |
| | Fair Oaks, CA 95628 |
| 10 | Telephone: 916-966-4722 Fax: 916-962-2219 |
| 11 | GAURAV BOBBY KALRA, SBN 219483 |
| | bobby@gbkattorney.com |
| 12 | Gaurav Bobby Kalra, Attorney At Law |
| | 177 East Colorado Blvd, Suite 200 |
| 13 | Pasadena, CA 91105 |
| | Telephone: 213-435-3469 Fax: 213-559-8386 |
| 14 | |
| | Attorney for Plaintiffs |
| 15 | DYLAN RICKABY, ANDREW RAY MANYON, JOHN MICHAEL KOELLER, |
| 16 | PATRICK RYAN SEXSON, FRANCISCO GARCIA, AUSTIN MITCHELL, AND |
| 17 | JERRALIE RENAE ORWIG |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN RICKABY, ANDREW RAY MANYON, JOHN MICHAEL KOELLER, PATRICK RYAN SEXSON, FRANCISCO GARCIA, AUSTIN MITCHELL, and JERRALIE RENAE ORWIG<br><br>Plaintiff,<br><br>v.<br><br>BOOZ ALLEN HAMILTON, INC., a foreign corporation,<br><br>Defendant. | Case No. 2:20-cv-02190-WBS-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Complaint Filed: October 31, 2020<br>FAC Filed: February 15, 2021<br>SAC Filed: March 18, 2021<br><br>*[Assigned to the Honorable William B. Shubb]* |

Plaintiffs DYLAN RICKABY, ANDREW RAY MANYON, JOHN MICHAEL KOELLER, PATRICK RYAN SEXSON, FRANCISCO GARCIA, AUSTIN MITCHELL, AND JERRALIE RENAE ORWIG (hereinafter "Plaintiffs") and Defendant BOOZ-ALLEN HAMILTON, INC. (hereinafter "Defendant") jointly submit the following:

WHEREAS, on May 20, 2021 the parties mediated this action with the Hon. Alan G. Perkins (Ret.) and reached a settlement of all Plaintiffs' claims.

THEREFORE, Plaintiffs and Defendant hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: July 13, 2021    Respectfully submitted,

SAMUEL AND SAMUEL

By: ___/s/ Guarav Bobby Kalra_____

Guarav Bobby Kalra
Attorneys for Plaintiffs
Dylan Rickaby, Andrew Ray Manyon, John Michael Koeller, Patrick Ryan Sexson, Francisco Garcia, Austin Mitchell, and Jerralie Renae Orwig

Dated: July 13, 2021    OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

By: ___/s/ Rabia Z. Reed_____
Michael J. Nader
Rabia Z. Reed

Attorneys for Defendant
BOOZ ALLEN HAMILTON, INC

20cv2190 Rickaby - Stip for Dismissal

2    Case No. 2:20-cv-02190-WBS-CKD
STIPULATION AND ORDER OF DISMISSAL

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

DATED: July 12, 2021

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By: */s/ Rabia Z. Reed*
 Michael J. Nader
 Rabia Z. Reed

Attorneys for Defendant
BOOZ-ALLEN HAMILTON, INC.

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: July 13, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

47795100.1